DIMITRY MARKOV, Appellant, v SPECTRUM GROUP INTERNATIONAL INC. et al., Respondents.

Submitted March 21, 2016; decided May 10, 2016

Motion, insofar as it seeks leave to appeal as against Stacks, LLC, dismissed upon the ground that as to that party the order sought to be appealed from does not finally determine the action within the meaning of the Constitution; motion for leave to appeal otherwise denied.